IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 4:25cr15/AW

DYLAN KELBY ROGERS
______________________________/

**STATEMENT OF FACTS**

The parties agree with the truthfulness of the following factual basis for the Defendant's guilty plea. The undersigned parties further agree that not all of the facts known from this investigation are contained in this brief summary. Defendant admits that, if this case were to proceed to trial, the Government could prove the following facts, which if believed by the jury, would result in a conviction:

On December 31, 2024, a Tallahassee Police Department (TPD) detective was summoned to the precinct in reference to an extortion incident. Upon his arrival, the detective met with the Defendant, Dylan Kelby Rogers, who had come into the police department to report that he was being extorted for $15,000.00. Rogers advised the following:

> On December 29, 2024, Rogers was on the dating application Grindr (a location-based social networking and online dating application targeted towards gay and bisexual men, and transgender people that allows people to browse and meet local people with similar interests). Rogers utilized the username of "TallyFL" and he met a subject who went under the username of "Lee." Rogers said that he and Lee agreed to meet at his apartment (located in Tallahassee, Florida) later in the day.

FILED IN OPEN COURT THIS
6/30/25 cm
CLERK, U.S. DISTRICT
COURT, NORTH. DIST. FLA.

> Rogers said when Lee arrived, he noticed Lee had several iPads in a bag along with a bong used to smoke methamphetamines. Rogers said they smoked methamphetamines and spoke about their jobs and interests while Lee changed into pink lingerie. Rogers said he told Lee that he was a professor of archeology at Florida State University, and said Lee advised he was visiting from out of town and worked in the oil and gas industry.

Rogers said that Lee had asked him if he would like to watch videos on one of the iPads. Rogers said that the videos depicted young minors engaging in sexual activity (child pornography). Rogers said during this time, he told Lee that he had several videos that he could show him, and Rogers logged into Rogers' Telegram account (a cloud-based instant messaging application used by interfacing the application on a cell phone). Rogers advised that his Telegram account username was "North Florida," and the account was linked to his electronic devices and cell phone number. When asked what kind of videos he and Lee watched, Rogers looked down and softly said that they watched "child pornography." Rogers said he was ashamed of the videos they watched.

Rogers said he did not have intercourse with Lee, but he and Lee each masturbated at the same time while watching the child pornography videos. Shortly after, Rogers and Lee left his apartment in a black pickup truck and drove to the south side of Tallahassee. After a while, Lee pulled into a gas station, at which point Lee told Rogers that he (Lee) was an undercover "Homeland Security Officer." Lee told Rogers that he was under arrest and proceeded to drive them back to Rogers'

apartment. Rogers said that Lee told him his real name was "Damien," but Rogers was unsure if this was a first name or last name. After driving around Tallahassee for a short while, Lee dropped Rogers off at a parking lot on North Monroe Street. Prior to being dropped off, Rogers said that he was asked to remove the password and facial recognition security on his phone and to leave his phone, wallet, and car keys in the center console of the pickup (which Lee took with him when he drove off).

Rogers told detectives that he came to TPD after he began receiving emails threatening to alert his family, friends, and co-workers of his behavior, including the child pornography videos they had watched together, and the fact that they left to look for a minor to have sexual intercourse with. Rogers had his laptop with him and showed the detective the emails that he was receiving from Lee. Rogers was asked if he would be willing to provide his laptop as evidence, which he agreed to do. Rogers was asked to read a consent to search form prior to signing it and was told specifically what the search would entail, including Extortion, Fraud, Child Pornography, Human Trafficking, etc. Rogers agreed to the search and signed the form. The laptop was impounded at the TPD as evidence.

On January 2, 2025, Rogers returned to TPD where two photo line-ups were conducted in order to identify Lee. After the line-ups were completed, Rogers sat and spoke with two Homeland Security Investigations (HSI) special agents. Rogers

provided the recount of the incident to the special agents. Rogers also said that he was able to get a new phone since his original report to TPD, and that he reactivated the phone number that he had canceled days earlier due to his phone being stolen by Lee. The HSI special agents asked Rogers if he would consent to have the laptop that he had turned over to TPD examined by HSI personnel. Rogers agreed and signed an HSI consent to search form. Rogers told the HSI special agents that the videos he and Lee watched were seen on Telegram, and since that application is phone-based, he now had access to his Telegram account again. The HSI special agents asked Rogers if he could log in and show them the Telegram application he was talking about. Rogers agreed and upon immediate view of the application, the HSI special agents observed a folder containing several videos depicting pre-pubescent males engaging in sexual acts. Rogers was told that due to this, his cell phone would be seized. Rogers also gave HSI special agents permission for them to access his Telegram account.

Rogers' laptop was forensically examined by HSI personnel. It was determined not to contain child pornography, nor any evidence that it was used to facilitate any child pornography offenses. Though consent to search forms had been obtained for Rogers' devices, HSI special agents obtained a federal search warrant (NDFL # 4:25mj1/MAF) for Rogers' iPhone 13 Mini (model D16AP) on January 7,

2025. Upon review of the data contained on Rogers' cell phone, the following shared

media and chats were located in the Telegram application (among many others):

Video 1 (Received by Rogers from Telegram user, "Twink"):
**Filename**: 85E1C8FC-OB50-4ACE-AE87-D8A785AF4B81(1)
**Date**: 4 SEPTEMBER 2024 16:07 00:15
**Description**: Pubescent male (approximately between the ages of 12-16 years old) masturbating his exposed penis until ejaculation

Video 2:
**Filename**: IMG-0428.mov
**Date**: 4 SEPTEMBER 2024 16:07 00:06
**Description**: Same pubescent male from Video 1 masturbating his exposed penis into his mouth and ejaculating onto his tongue.

Video 3:
**Filename**: 6B76428E-A744-4AOO-A343-55D233B2B770
**Date**: 4 SEPTEMBER 2024 16:07 00:24
**Description**: Same pubescent male from Video 1, masturbating his exposed penis and ejaculating onto his abdomen, wiping his abdomen with his hand to get semen and licking semen off his hand.

Video 4:
**Filename**: 714BC592-ADA8-4BCB-88E7-162A81CFACFA
**Date**: 4 SEPTEMBER 2024 16:07 00:09
**Description**: Same pubescent male from Video 1 masturbating, then bringing his mouth towards his penis and ejaculating into his own mouth.

Video 5:
**Filename**: 8ED4128E-F358-4316-A656-314ECF425E41
**Date**: 4 SEPTEMBER 2024 16:07 00:19
**Description**: Same pubescent male Video 1 masturbating his exposed penis while lying on a bed.

Video 6:

**Filename**: IMG_0431(1).mov
**Date**: 4 SEPTEMBER 2024 16:07 00:17
**Description**: Same pubescent male from Video 1 masturbating his exposed penis while lying down.

Video 7:

**Filename**: 612F6581-2DD2-4BF2-BDE7-F153D6F94E3D.MP4
**Date**: 4 SEPTEMBER 2024 16:07 01:03
**Description**: Same pubescent male from Video 1 masturbating while seated in front of the camera exposing his penis and anus. The pubescent male then penetrates his anus with his fingers.

Video 8:

**Filename**: 42DOB022-4322-4948-B010-E15722CCB007.MP4
**Date**: 4 SEPTEMBER 2024 16:07 01:03
**Description**: Same pubescent male from Video 1 appearing clothed in front of the camera and begins to take off his clothes taking off his shirt and pulling down his pants exposing his penis, testicles, and buttocks then spreading his buttocks to lewdly expose his anus.

Video 9:

**Filename**: 8E39F286-98CE4185-AE42-C28554073BF5.MP4
**Date**: 4 SEPTEMBER 2024 16:07 01:00
**Description**: The same pubescent male from Video 1 appearing clothed in front of the camera. The video starts at the juvenile's midsection who is still wearing underwear, then exposes his abdomen, and exposes his penis before he masturbates. The pubescent male shows his face during the clip.



Video 10:

**Filename**: 4367AD6D-4C68-48C7-9C89-AF56AECC660C.MP4
**Date**: 4 SEPTEMBER 2024 16:07 00:33
**Description**: Same pubescent male from Video 1 masturbating in front of the camera. The video shows the pubescent placing his mouth near his penis when he ejaculates into his mouth. The pubescent male then brings the camera exposing his anus and places his fingers near his anus.

Video 11:

**Filename**: CFF071CC-11B0-4800-9EC9-ED8FBA6F7F3.MP4
**Date**: 4 SEPTEMBER 2024 16:07 00:23
**Description**: Same pubescent male from Video 1 masturbating in front of the camera. The video shows the pubescent male naked on his knees masturbating, with a close-up of his penis and testicles.

Video 12:

**Filename**:Blue0rchid%20-%20Thief%20Punishment%part%202%20of%203.mp4
**Date**: 7 September 2024 12:46 31:00
**Description**: 31-minute-longvideo shows two adult-aged males wearing BDSM (Bondage, discipline, sadism, masochism) attire holding a pubescent-aged male (approximately between the ages of 12-16). The pubescent male has a collar around his neck. The video shows the pubescent male being held down and penetrated anally by the penis of one of the adult males. The video shows the pubescent male being held down in several positions while being penetrated and the collar has a leash attached to it as the pubescent male is performing oral sex on one of the adult men.

There was also evidence on Rogers' iPhone which showed that Rogers distributed the following child pornography video to another Telegram user named "Anon[]"[1] on August 17, 2024:

[1] Username has been truncated.

**Filename**: Video _2024-07-16_21-57-42.mp4 [start date for counts 1-3]
**Description**: Three-hour long video showing several pre-pubescent males (between the ages of 6-12 years old) performing oral sex on adult men, the pre-pubescent males being anally penetrated by adult men with their fingers, pre-pubescent males being anally penetrated by adult men's penis', adult men performing oral sex acts on the pre-pubescent males.

The following videos were found to have been received by Rogers from a Telegram user named "Data[]"[2]:

Video 13:
**Filename**: Video_2@07-09-2024_12-49-38.mp4
**Received date**: 7 September 2024 12:49 00:13
**Description**: The video shows an adult-aged male forcing a clothed pre-pubescent male between the ages of 3-5 to bend over as he was thrusting back and forth as he holds the child near his penis as the adult male is standing nude behind the child.

Video 14:
**Filename**: Video 3@07-09-2024 12-49-38.mp4
**Received date**: 7 September 2024 12:49 00:26
**Description**: The video shows an adult aged male standing over a pre-pubescent male between the ages of 3-5 who is lying down on a bed wearing only underwear. The adult male grabbed the child turned him on his side and began to thrust his hips while rubbing his exposed penis on his buttocks. The adult male turned the child over face down and continued to thrust in a manner consistent with sexual gratification as the child is bent over.

Video 15:
**Filename**: Video 4@07-09-2024 12-49-38.mp4
**Received date**: 7 September 2024 12:49 00:05
**Description**: The video shows an adult aged male kneeling on a bed as a pre-pubescent child between the ages of 1 and 3 is being held down on his stomach. The adult male has his hand over the pre-pubescent child's head holding him down as the male is masturbating his exposed penis.

---

[2] Username has been truncated.

Video 16:

**Filename**: Video 5@07-09-2004 12-49-38.mp4
**Received date**: 7 September 2024 12:49 00:06
**Description**: The video shows an adult aged male kneeling on a bed over a sleeping pre-pubescent male between the ages of 3-5. The adult male is completely nude and masturbating, and the camera pans to the male's face then back to the male's penis as he masturbates near the pre-pubescent male's face.

Video 17:

**Filename**: Video 6@07-09-2024 12-49-38.mp4
**Received date**: 7 September 2024 12:49 00:32
**Description**: The video shows a pubescent male on his knees masturbating his exposed penis while a fully clothed pre-pubescent male child between the ages of 1-3 who can be seen wearing a diaper is sitting on the ground directly in front of the adult male. The child gets up and positions himself with his buttocks in front of the male and starts to thrust himself back and forth as the subject continues to masturbate.

Video 18:

**Filename**: Video_files/IMG_6682.mp4
**Received date**: 7 September 2024 12:49 01:05
**Description**: The video shows an adult male sitting behind a fully clothed pre-pubescent male child between the ages of 1-3 who is standing at a table/ desk and watching something off-screen. The adult male appears to be masturbating his penis over his shorts while the child is in front of him facing away from him. The male then stands up, exposing his penis, as he continues to masturbate to the point of ejaculating on the pre-pubescent child's back.

Videos 19-25 (the following video clips depict the same event and people):

**Filenames**: RS-02.mp4
RS-04.mp4
RS-09.mp4
RS-10.mp4
RS-11.mp4
RS-13.mp4
RS-14.mp4

**Received dates**: 7 September 2024 12:50 06:34, 05:36, 02:21, 04:13, 02:08, 04:32, 05:12, and 03:59

**Description**: The videos show a pre-pubescent male between the ages of 8-12, swimming naked in a pool. He is then followed down a hallway into a room with several adult males who are also nude in what appears to be a nightclub setting. The pre-pubescent male then begins to perform oral sex on several different adult males, followed by the adult male penetrating the pre-pubescent male's anus with his penis (engaging in anal sex). The child continues to have both oral and anal sex with different adult-aged males. These videos appear to be a series of videos depicting the ongoing abuse of one child and are pieces of one longer video file)

The following videos were found to have been distributed by Rogers to another Telegram user named "Sperm[]"[3]:

**Filename**: Video 15@18-09-2024 03-54-39.mp4
**Sent date**: 18 September 2024 03:54 07:52
**Description**: At the beginning of the video, a logo stating, "It's time to worship pedophile" appears. The video shows several clips of different adult-aged men standing in front of cameras as they watch clips on laptops, tablets and other electronic devices of pre-pubescent males (approximately between the ages of 3-5 years old) engage in sexual acts including oral sex, anal sex and forced feeding of semen in baby bottles to pre-pubescent children.

**Filename**: Video 18@18-09-2024 03-54-39.mp4
**Sent date**: 18 September 2024 03:54 04:49
**Description**: The video is in the format of a 90's music video, depicting someone sitting in front of a television watching different clips as music plays in the background. Video clips show children performing oral sex with adult males, as well as being tied up (sadomasochistic abuse) and penetrated anally by adult men.

**Filename**: Video 19@18-09-2024 03-54-39.mp4
**Sent date**: 18 September 2024 03:54 01:59
**Description**: The video shows an adult aged male standing in front of a pre-pubescent male between the ages of 7-9 who is not wearing any pants. The male then begins to perform oral sex on the pre-pubescent male.

[3] Username has been truncated.

**Filename**: Video 54@18-09-2024 21-17-20.mp4
**Sent date**: 18 September 2024 10:20:38 04:52
**Description**: The video has a title screen which reads, "Babies always like to put something in their mouths...". The video shows different clips of pre-pubescent children under the age of 1 holding penises of adult males in their hands and mouths while some are being forced to put penises in their mouths.

* * *

The following child pornography videos were located Rogers' cell phone (saved in his video folder):

Video 26:
**Filename**: Telegram-Cloud-document-4-5972173972370888941_partial
**Size (bytes)**: 83572666
**Description**: Two pre-pubescent males between the ages of 9-13 undressing each other and engage in anal sex.

Video 27:
**Filename**: Telegram-Cloud-document-1-4965655116767036615
**Size (Bytes)**: 2862752
**Description**: A pre-pubescent female (approximately between the ages of 1-3 years old) lying down while an adult male licks her vagina.

Video 28:
**Filename**: Telegram-cloud-document-4-5958411445455558401_Partial
**Size (Bytes):** 31862603
**Description**: A pre-pubescent male approximately between the ages of 9-12 nude straddling an adult male who is also nude. The pre- pubescent male is performing oral sex on another male who appears to also be pubescent approximately between the ages of 13-16 years of age.

Video 29:
**Filename**: telegram-cloud-document-1-4965655116767036616
**Size (Bytes)**: 5651797
**Description**: An adult male lying next to an infant between 1-6 months old, holding his penis into the infant's mouth. The adult male then starts thrusting as his penis is in the infant's mouth. The infant starts crying as the male then continues to thrust his penis into the infant's mouth.

Video 30:

**Filename**: telegram-c.loud-document-1-4965655116767036617_Partial
**Size (Bytes)**: 2031358
**Description**: An infant child between the ages of 1-6 months old lying on its stomach as a subject inserts their finger in the infant's anus. A subject's penis is then seen being placed on the buttocks of the infant as the subject continues to masturbate.

Video 31:

**Filename**: telegram-cloud-document-4-5911112095906141841
**Size (Bytes):** 3836563
**Description**: The video shows two pre-pubescent males between the age of 9-14 engaged in anal sex.

Video 32:

**Filename**: telegram-cloud-document-1-4965655116767036612_partial
**Size (Bytes)**: 544241
**Description**: A small pre-pubescent male toddler between the ages of 3-5 standing in front of an adult male's penis. The toddler inserts the penis in his mouth, then tries to grab the penis as the adult male pulls away.

During the examination of Rogers' cell phone, Telegram messages were located. Most of the messages contained sexually explicit conversations between Rogers and other Telegram users. In most of the conversations, Rogers invited the other users to join him in Zoom[4] meetings, after which their Telegram conversations ended.

Rogers was also found to have been a member of a Telegram Community (chatroom) in which users discussed their enjoyment of incest pornography and shared screenshots of images from pornography videos. Most of the chats included

[4] A videoconferencing platform.

comments about joining Zoom meetings where the term "P3D0"[5] was included. In these chats, Rogers often made comments such as, "Can't stop touching my p3d0 cock" and "Watching some p3d0porn and seeing if a bud will stop by to help me drop my load of cum." Rogers also shared invitations to Zoom meetings during many of these chats.

**ELEMENTS OF THE OFFENSE**

**i. Certain activities relating to material constituting or containing child pornography (Distribution) – 18 U.S.C. § 2252A(a)(2) (Count 1)**

Elements to be proven beyond a reasonable doubt:

1) the Defendant knowingly distributed an item or items of child pornography;

2) the item[s] of child pornography had been transported, shipped, or mailed in interstate or foreign commerce including by computer; and

3) when the Defendant distributed the item[s], the Defendant believed the item[s] [was] [were][contained] child pornography.

11th Circuit Court of Appeals Pattern Jury Instructions, §O83.3B.

**ii. Certain activities relating to material constituting or containing child pornography (Receipt) – 18 U.S.C. § 2252A(a)(2) (Count 2)**

Elements to be proven beyond a reasonable doubt:

1) the Defendant knowingly received an item or items of child pornography;

2) the item[s] of child pornography had been transported, shipped, or mailed in interstate or foreign commerce including by computer; and

[5] Slang for pedophile.

3) when the Defendant received the item[s], the Defendant believed the item[s] [was] [were][contained] child pornography.

11th Circuit Court of Appeals Pattern Jury Instructions, §O83.3B.

JOHN P. HEEKIN
United States Attorney

Justin M. Keen
Florida Bar No. 021034
Assistant United States Attorney
Northern District of Florida
111 North Adams Street, 4th Floor
Tallahassee, FL 32301
850-942-8430
Justin.Keen@usdoj.gov

6/26/2025
Date

Luke Newman, Esq.
Attorney for Defendant

6.30.25
Date

Dylan Kelby Rogers
Defendant

6-30-25.
Date