# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

**v.**                                           **Case No. 4:25-cr-15-AW-MAF**

**DYLAN KELBY ROGERS,**

    **Defendant.**
_____/

## ORDER DENYING MOTION TO RESCHEDULE SENTENCING

Defendant's motion to reschedule the sentencing, ECF No. 32, is DENIED. Defendant has not shown good cause to adjust the schedule.

SO ORDERED on July 15, 2025.

s/ *Allen Winsor*
Chief United States District Judge